UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

               Plaintiff,

       v.

UNITED STATES CURRENCY IN THE SUM
OF TWENTY ONE THOUSAND TWO HUNDRED
AND EIGHTY THREE DOLLARS ($21,283),
MORE OR LESS, AND ALL PROCEEDS
TRACEABLE THERETO,

               Defendant.

- - - - - - - - - - - - - - - - - x

**Decree of Forfeiture and Order of Delivery**

Civil Action No.
CV-04-2082

(Johnson, J.)
(Gold, M.J.)

UPON the application of the plaintiff UNITED STATES OF AMERICA and the Stipulation of Settlement between the United States and claimant David Scott dated June 21, 2005.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 981(b), and Title 21, United States Code, Section 881(a)(6), $6,283 of the Defendant Currency, along with all interest accrued on the entirety of the Defendant Currency, as outlined in the Stipulation, is hereby forfeited and condemned to the use and benefit of the United States of America for the reasons set forth in the verified complaint in rem.

2. All persons or entities known or thought to have an interest in or claim to the Defendant Currency, having been

given due notice of these proceedings, and none of those persons or entities having interposed a claim, or other response of any kind to the verified complaint in rem, except for claimant Scott, the default of all persons or entities having any interest in the Defendant Currency hereby is noted.

3. The United States Marshals Service is hereby directed to dispose of the Defendant Currency and all proceeds traceable thereto in accordance with all applicable laws and regulations.

4. The Clerk of this Court shall forward four (4) certified copies of this Decree of Forfeiture and Order of Delivery to the United States Attorney for the Eastern District of New York, Attention: Kenneth A. Stahl, One Pierrepont Plaza, 14th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
July 8, 2005

s/SJ
HONORABLE STERLING JOHNSON, JR.
UNITED STATES DISTRICT JUDGE